AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

MACARIO SOLIS MORALES

*Defendant(s)*

Case No. 4:26MJ3131

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 27, 2026 in the county of Clay in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) & (b)(1) | Illegal Reentry after Felony Conviction |

This criminal complaint is based on these facts:

See Attachmed Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Michelle Brown, SA, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: **Sep 15, 2026**

[signature]
*Judge's signature*

City and state: Lincoln, Nebraska

CHERYL M. ZWART, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION | ) | |
| OF MACARIO SOLIS MORALES | ) | AFFIDAVIT OF Michelle Brown |
| | ) | |

I, Michelle Brown, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since 2014. I am currently assigned to the HSI Grand Island office where I am responsible for conducting investigations regarding violations of federal laws, particularly those laws found in Titles 8, 18, 19, and 21 of the United States Code. Prior to working for HSI, I was a special agent with the Small Business Administration, Office of Inspector General ("SBA-OIG") and the Internal Revenue Service, Criminal Investigation Division ("IRS-CI"). In those positions, I conducted investigations related to financial crimes.

2. This Affidavit is submitted in support of a criminal complaint charging Macario SOLIS MORALES ("SOLIS MORALES") with Reentry of a removed alien after felony conviction in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against SOLIS MORALES for the above-described criminal violation.

4. On July 27, 2026, the Nebraska State Patrol (NSP) stopped and cited SOLIS MORALES for Driving Under Revocation. NSP Trooper Kelly, a certified 287g law enforcement officer with the authority to perform specified immigration officer functions, confirmed that SOLIS MORALES was illegally in the United States (U.S.). U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Grand Island responded to Sutton, Nebraska and arrested SOLIS MORALES.

5. Further records checks, including fingerprinting, revealed that SOLIS MORALES is a national of Mexico and does not have authorization to enter or remain in the U.S. lawfully. No record of lawful immigration status was found. Immigration documents revealed that Defendant SOLIS MORALES has six prior removals from the United States to Mexico, including most recently on or about May 14, 2025, after which he was prohibited from entering, attempting to enter, or being in the U.S. for a period of twenty (20) years.

6. Criminal history checks revealed that SOLIS MORALES entered a guilty plea for violation of 8 USC 1326(a) and (b) on May 10, 2016, in the U.S. District Court, District of New Mexico (Case No. 2:16-CR-01530-RB).

7. Based on the foregoing facts, I believe that probable cause exists that SOLIS MORALES did knowingly and unlawfully enter the United States, having been previously removed from the United States, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

Michelle Brown, Special Agent

MICHELLE BROWN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

**Presented before the court by reliable electronic means on: Sep 15, 2026**

CHERYL M. ZWART
UNITED STATES MAGISTRATE JUDGE